IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANNA MARIE SMITH,

        Plaintiff,                        JUDGMENT IN A CIVIL CASE

v.

                                        Case No. 17-cv-281-slc

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

        Defendant.

      This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Anna Marie Smith attorney fees and costs in the amount of $7,400.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412.


      s/ V. Olmo, Deputy Clerk                          12/28/2017
   Peter Oppeneer, Clerk of Court                           Date